IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF DONALD L. ROSENBLIT, by and through its executor, ELLIOT BRAUNSTEIN, et al., | : : : | CIVIL ACTION |
| *Plaintiffs*, | : : | |
| v. | : : | |
| UNITEDHEALTH GROUP, INC., et al., *Defendants*. | : : | No. 25-cv-5532 |

## ORDER

**AND NOW**, this **26th** day of **November 2025**, upon consideration of Plaintiff's Motion to Remand (ECF No. 15), Defendants' Opposition (ECF Nos. 25, 27), and the docket, it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 15) is **DENIED**, for the reasons specified in the accompanying Memorandum Opinion.

2. The Parties shall propose any redactions to the accompanying sealed Memorandum Opinion on or before **December 4, 2025**. If no redactions are proposed, the Clerk of Court shall unseal the Opinion on **December 8, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**