# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF DONALD L. ROSENBLIT, by and through its executor, ELLIOT BRAUNSTEIN, et al., | : : : | CIVIL ACTION |
| *Plaintiff*, | : : | |
| v. | : : | |
| UNITEDHEALTH GROUP, INC., et al., | : | No. 25-cv-5532 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **23rd** day of **December 2025**, upon consideration of Defendants' Motion to Dismiss (ECF No. 19), Plaintiff's Opposition (ECF No. 24), Defendants' Reply (ECF No. 31), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 19) is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion. Plaintiff's Complaint is dismissed without prejudice.

2. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order. After thirty days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**